☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name

   PTAK PROPERTIES, LLC

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown

   4 7 - 3 7 1 6 2 1 0
   EIN

5. Debtor's address

   **Principal place of business**

   9431 E. Ironwood Square Dr.
   Number    Street

   Scottsdale                AZ   85258
   City                      State  ZIP Code

   Maricopa
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City                      State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City                      State  ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor   Ptak Properties, LLC                                    Case number (if known) _____
         Name

6. Debtor's website (URL)  _____

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

       Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    Check one:
    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor  Ptak Properties, LLC                                Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jeffrey J. Ptak, M.D., P.C. | Loans | $ 77,677.72 |
| Cochran Law Firm, P.C. | Legal Fees | $ 6,403.00 |
|  |  | $ |
|  | Total of petitioners' claims | $ 84,080.72 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Jeffrey J. Ptak, M.D., P.C.
Name

9431 E. Ironwood Square Dr.
Number  Street

Scottsdale           AZ        85258
City                 State     ZIP Code

Name and mailing address of petitioner's representative, if any

Jeffrey J. Ptak
Name

9431 E. Ironwood Square Dr.
Number  Street

Scottsdale           AZ        85258
City                 State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/11/2016
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Jerry Cochran
Printed name

Cochran Law Firm, P.C.
Firm name, if any

2929 E. Camelback Rd., Suite 118
Number  Street

Phoenix              AZ        85016
City                 State     ZIP Code

Contact phone (602) 952-5300   Email jcochran@cochranlawfirmpc.com

Bar number _____

State  AZ

X _____
Signature of attorney

Date signed  3-14-2016
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

**Name and mailing address of petitioner**

Cochran Law Firm, P.C.
Name

2929 E. Camelback Rd., Suite 118
Number   Street

Phoenix            AZ          85016
City               State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jerry Cochran
Name

2929 E. Camelback Rd., Suite 118
Number   Street

Phoenix            AZ          85016
City               State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-14-2016
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City            State     ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number   Street

City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City            State     ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY